

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,484-02

### EX PARTE NEAL HAMPTON ROBBINS, Applicant

### ON STATE'S MOTION FOR REHEARING
### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 98-06-00750-CR(2) IN THE 410TH DISTRICT COURT
### MONTGOMERY COUNTY

*Per curiam*. ALCALA, J., filed a concurring opinion. RICHARDSON, J., filed a concurring opinion in which JOHNSON, J., joined. NEWELL, J., filed a concurring opinion. MEYERS, J., filed a dissenting opinion.

### O P I N I O N

Having granted the State's motion for rehearing in this case, and having considered its merits, we now conclude that the State's motion for rehearing was improvidently granted. We deny the State's motion for rehearing. No further motions will be entertained.

Delivered: January 27, 2016

Publish